■ WALTER T. PETITO, Plaintiff, v. EDWARD R. DIESEL et al., Defendants. EDWARD J. BUCKO, Respondent, v. EDWARD R. DIESEL, Appellant. EDWARD BUCKO, Respondent, v. EDWARD DIESEL, Appellant.— Motion for a stay, pending appeal, granted on condition that appellant argues or submits the appeal on October 31, 1960, for which day the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 17, 1960.

■ JEAN H. SILVERMAN, Respondent, v. HARRY SILVERMAN, Appellant.— Motion for a stay, pending appeal, granted on condition (1) that appellant continue to pay alimony to respondent at the rate of $70 per week and (2) that appellant argues or submits the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. On the court's own motion, the appeal will be heard on the original papers and on typewritten briefs. The parties are directed to file five copies and to serve one copy of their respective briefs. The appellant's brief must be served and filed on or before September 28, 1960.

## (September 19, 1960)

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ ANTHONY MOLINARO, an Infant, et al., Respondents, v. CITY OF NEW YORK, Defendant-Appellant and Third-Party Plaintiff-Appellant. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Third-Party Defendant-Respondent.— Motion by respondents Molinaro to dismiss appeal denied on condition that appellant argues or submits the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before October 17, 1960.

■ JAMES DINALLO, an Infant, et al., Appellants, v. SAMUEL WEINER et al., Respondents.— Motion by respondent Weiner to dismiss appeal denied on condition that appellants argue or submit the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before October 17, 1960.

■ JOSEPH CARDUCCI, SR., Respondent, v. MARJORIE GAINES, Appellant.— Motion to dispense with printing and for an extension of time granted on condition that appellant argues or submits the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The appeal will be heard on the original papers (including typed minutes) and on typewritten briefs. The parties are directed to file five copies and serve one copy of their respective briefs. Appellant must serve and file her brief on or before October 17, 1960.

■ In the Matter of the Probate of the Will of JOHN B. HEYWARD, Deceased. VIOLA C. HEYWARD, Appellant; LILLIAN B. HEYWARD, as Executrix, Respondent.— Motion to extend time to perfect appeal granted on condition that appellant argues or submits the appeal at the November 1960 Term, beginning October 31, 1960, for which term the appeal is ordered to be placed on the calendar. The appellant's brief must be filed on or before October 17, 1960.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEOPHILUS WARD, Appellant.— Motion for leave to appeal as a poor person and for assignment of counsel denied, without prejudice to renewal on proper papers showing the indigence of the appellant and the merits of his appeal.